FILED
2024 Aug-22 PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT EVANS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | ____________________ |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the named defendant by certified mail pursuant to Federal Rules of Civil Procedure 4(e)(1).

M. Clayborn Williams
(ASB-9101-A43M)

**The Martin Law Group,
LLC Attorneys for Plaintiff**
P. O. Box 20087
Tuscaloosa, AL 35402-0087
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com