**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Ins. Co.
C/O The Prentice-Hall Corp Service Co
641 S. Lawrence St.
Montgomery AL 36104

9590 9402 6555 1028 4153 14

2. Article Number *(Transfer from service label)*

7021 1970 0000 7790 3876

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster ☑ Agent ☐ Addressee

2024 Sep-16 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

B. Received by *(Printed Name)*

C. Date of Delivery
9-3-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2024 SEP 13 A 11:42

5:24-cv-1152-LCB

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 6555 1028 4153 14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
1729 5th Ave N.
Birmingham AL 35203

Evans v Lincoln 24-cv-01152