FILED
2024 Oct-24 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 5:24-cv-01152-LCB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL OF COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 41(c)(1)(ii), the Defendant, as evidenced by the signature of Defendant's counsel below, dismisses without prejudice its counterclaim against Plaintiff Robert Evans.

Plaintiff agrees that she shall not pursue any costs or attorneys' fees against Lincoln pertaining to Lincoln's counterclaim.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of this stipulation of dismissal and enter any necessary orders to dismiss the counterclaim before the Court.

Dated this 24th day of October 2024.

Respectfully submitted,

*/s/ M. Clayborn Williams*
**M. CLAYBORN WILLIAMS**

Attorney for Plaintiff
**THE MARTIN LAW GROUP, LLC**
P.O. Box 20087
Tuscaloosa, AL 35402
PH:  (205) 343-1771
FX:  (205) 3431781
Email:  clay@erisacase.com

ATTORNEY FOR PLAINTIFF

**- AND -**

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

AND

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October 2024, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

M. Clayborn Williams, Esq.
Email: clay@erisacase.com

s/ *Iwana Rademaekers*
Iwana Rademaekers