FILED
2024 Nov-14 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT EVANS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | ) | **Case No. 5:24-cv-1152-LCB** |

**ERISA SCHEDULING ORDER**

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties:** No causes of action, defenses, or parties may be added after November 20, 2024. The provisions of Federal Rule of Civil Procedure 15(a) apply.

2. **Discovery:** If the parties are unable to reach an agreement allowing discovery to proceed, either party may petition the Court for leave to conduct discovery. Any discovery allowed by the Court or agreed to by the parties shall be completed by June 9, 2025.

3. **Fact Discovery:** No fact discovery shall be allowed unless authorized by the Court.

4. **Cross Motions for Judgment on the Administrative Record:** The

parties will meet, confer and agree upon the Administrative Record. The parties shall file simultaneous cross-motions for judgment on the Administrative Record by 4:30 p.m. on July 31, 2025. At the same time defendant shall file the agreed-upon Administrative Record. Responses shall be due by 4:30 p.m. on August 18, 2025.

5. **Status Conference:** If the court believes that a status conference is necessary, a hearing will be set at a later date.

6. **Trial:** If the court deems that oral arguments are necessary, a hearing will be set by the court at a later date.

**DONE** and **ORDERED** this November 14, 2024.

LILES C. BURKE
U.S. DISTRICT JUDGE