FILED
2025 Mar-13 AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT EVANS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 5:24-cv-1152-LCB** |

# MEMORANDUM

Plaintiff Robert Evans and Defendant The Lincoln National Life Insurance Company have filed a joint stipulation of dismissal under Federal Rule of Civil Procedure 41. (Doc. 19). Rule 41 states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because Evans and Lincoln National have filed a joint stipulation of dismissal signed by both parties, the case is due to be dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing). Additionally, parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class

or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

As such, the case is hereby **DISMISSED WITH PREJUDICE**. As per the parties stipulation, “all costs are taxed against the party that incurred them.” (Doc. 15). The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** March 13, 2025.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE